29 A.3d 1156

COMMONWEALTH of Pennsylvania, Respondent

v.

Harold THORNTON, Petitioner.

No. 31 EM 2011.

Supreme Court of Pennsylvania.

Oct. 4, 2011.

*ORDER*

**AND NOW,** this 4th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**